# MEMORANDA

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 4,775.—W. H. WHEELER, RESPONDENT, *v.* MARGARET McINTYRE, DEFENDANT; THE SECURITY STATE BANK OF HAVRE, APPELLANT.

*Appeal from District Court, Hill County.*

Decided January 4, 1921.

PER CURIAM.—On motion of appellant, the appeal in the above-entitled cause is dismissed.

*Messrs. Norris, Hurd & Hauge,* for Appellant.

---

No. 4,774.—SECURITY STATE BANK OF HAVRE, APPELLANT, *v.* W. H. WHEELER AND MARGARET McINTYRE, RESPONDENTS.

*Appeal from District Court, Hill County.*

Decided January 4, 1921.

PER CURIAM.—The motion of appellant to dismiss the appeal herein is granted and the appeal accordingly dismissed.

*Messrs. Norris, Hurd & Hauge,* for Appellant.